In the Matter of the Application of CHARLES P. SEELEY, as Sheriff of the County of Seneca, for a Writ of Mandamus, Appellant, against GEORGE T. PURCELL, as County Clerk of Said County, Respondent.

(Submitted October 3, 1921; decided October 11, 1921.)

MOTION to amend remittitur. (See 231 N. Y. 601.)

Motion granted, without costs. Return of remittitur requested and same amended by striking therefrom the words " with costs."

---

FRED O. SEAVER, Respondent, v. LINDSAY LIGHT COMPANY, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 196 App. Div. 397.

(Argued October 3, 1921; decided October 11, 1921.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1921, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

The motion was made upon the ground that the reversal by the Appellate Division was upon the facts.

*Hiram R. Steele* and *George E. Miner* for motion.

*I. Maurice Wormser* and *Isaac Hyman* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of the Appraisal, under the Transfer Tax Law, of the Estate of HETTY H. R. GREEN, Deceased.

EDWARD H. R. GREEN, as Executor, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

(Submitted October 3, 1921; decided October 11, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 237.)